## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:14-CV-01259-JLK**

**Cases in other court:** U.S. Bankruptcy Court for the District of Colorado, 08-23125
U.S. Bankruptcy Court for the District of Colorado, 10-01133 MER

In                                                            re:

MERCURY COMPANIES, INC.

_____Debtor._____

MERCURY COMPANIES, INC.

      Plaintiff/Appellee/Cross Appellant,

v.

FNF SECURITY ACQUISITION, INC.,
FIDELITY NATIONAL TITLE COMPANY f/k/a SECURITY TITLE GUARANTY CO.,
USA DIGITAL SOLUTIONS, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.,
MERCURY SETTLEMENT SERVICES OF UTAH, INC., and
UNITED TITLE COMPANY, INC.

      Defendants/Appellant/Cross Appellees.

## ORDER RE: BRIEFING SCHEDULE

THIS MATTER comes before the Court on the Parties Stipulated Motion for Briefing Scheduling ("Stipulated Motion").   Having reviewed the Stipulated Motion and otherwise being fully advised, the Court Finds and Orders as Follows:

IT IS HEREBY ORDERED THAT:

1.    The Stipulated Motion is GRANTED, and the Briefing Order is as follows:

      a.    Appellant's Opening Brief shall be filed on or before **July 18, 2014**;

b.      Appellee/Cross Appellant's Response Brief to Appellant's Opening Brief and Appellee/Cross Appellant's Opening Brief shall be filed on or before **August 15, 2014**;

c.      Appellant's  Reply Brief to Appellee's/Cross Appellant's Response Brief and Response Brief to Appellee/Cross Appellant's Opening Brief shall be filed on **September 9, 2014**; and

d.      Appellee/Cross Appellant's Reply Brief to Appellant's Response Brief shall be filed on **September 30, 2014**.

2.      The briefs shall conform to Fed.R.Bank.Proc. 8009 and 8010.

DONE AND SIGNED this *2nd* day of *June* _____, 2014.

BY THE COURT:

_John L. Kane_____
John L. Kane
United States Circuit Judge
District of Colorado

G:\E-J\Fidelity National Financial\002 - Mercury
Companies\Pleadings\Adversary-FNF\Appeals\14-05-31 Order-
Briefing Schedule.docx

2