**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:14-cv-01259-AP**

**Case in other court:**  U.S. Bankruptcy Court for the District of Colorado, 08-23125
U.S. Bankruptcy Court for the District of Colorado, 10-01133 MER

In re:

MERCURY COMPANIES, INC.
   Debtor

_____

MERCURY COMPANIES, INC.
     Plaintiff/Appellee/Cross Appellant,

v.

FNF SECURITY ACQUISITION, INC.,
FIDELITY NATIONAL TITLE COMPANY f/k/a SECURITY TITLE GUARANTY CO.,
USA DIGITAL SOLUTIONS, INC.,
AMERICAN HERITAGE TITLE AGENCY, INC.
MERCURY SETTLEMENT SERVICES OF UTAH, INC., and
UNITED TITLE COMPANY, INC.

     Defendants/Appellants/Cross Appellees.

**ORDER GRANTING MERCURY COMPANIES, INC.'S UNOPPOSED MOTION TO AMEND OPENING BRIEF AND RESPONSE TO APPELLANTS' OPENING BRIEF TO CLARIFY RECORD CITATIONS**

THIS MATTER comes before the Court on Appellee/Cross Appellant Mercury Companies, Inc.'s Unopposed Motion to Amend Opening Brief and Response to Appellants' Opening Brief to Clarify Record Citations (doc. #24, filed September 8, 2014). Having reviewed the Motion and otherwise being fully advised, the Court finds and Orders as follows:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. Cross Appellant's Amended Opening Brief and Response to Appellants' Opening Brief (doc. #24-1) is accepted filed.

DATED this 8th day of September, 2014

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court
District of Colorado